## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

PAUL STUART KREASE, a Protected
and Legally Incapacitated Individual, and
CYNTHIA KREASE, Guardian and Con-
servitor to the Estate of Paul Stuart Krease,
and CYNTHIA KREASE,

Case No.: 02:09-cv-14519

      Plaintiffs,

Honorable Patrick J. Duggan

v

STANISLAW JAROSZ and AIRTIME
ON TIME EXPRESS,

      Defendants.

---

| | |
|---|---|
| Gary Eisenberg    P 13131<br>EISENBERG, BENSON & FIELDS, LLC<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 1780<br>Southfield, MI 48075<br>Telephone: (248) 357-3550<br>Facsimile: (248) 357-3404 | Aaron D. Wiseley    P 60464<br>**HOLMES & WISELEY, P.C.**<br>Attorneys for Defendants<br>2090 Celebration Drive, NE, Suite 202<br>Grand Rapids, MI 49525<br>Telephone: (616) 447-9610 |

---

## ***STIPULATION AND ORDER OF DISMISSAL***

**NOW COME** the above-named parties, by and through their attorneys, and hereby stipulate and agree that the above matter may be dismissed with prejudice and without costs.

Dated: March 31, 2010        EISENBERG, BENSON & FIELDS, LLC

                                    By:   /s/ gary eisenberg
                                            Gary Eisenberg    P 13131
                                            Attorneys for Plaintiffs
                                      BUSINESS ADDRESS:
                                          2000 Town Center, Suite 1780
                                          Southfield, MI 48075

1

Dated: March 31, 2010                HOLMES & WISELEY, P.C.

                                     By:  /s/ aaron d. wiseley
                                          Aaron D. Wiseley          P 60464
                                          Attorneys for Defendants
                                     BUSINESS ADDRESS:
                                          2090 Celebration Drive, NE, Suite 202
                                          Grand Rapids, MI 49525
                                          Telephone: (616) 447-9610
                                          Facsimile: (616) 447-9630
                                          e-mail: awiseley@holmeswiseley.com

## *ORDER*

At a session of said Court, held in the Federal Courthouse, City of Detroit, County of Wayne, State of Michigan, this  31st  day of    March         , 2010.

**PRESENT: HONORABLE PATRICK J. DUGGAN, U.S. District Judge**

**IT IS SO ORDERED** and this is the final order to be entered dismissing this matter.

                                     s/Patrick J. Duggan
                                     _____
                                     Honorable Patrick J. Duggan
                                     U.S. District Judge

ATTEST: A TRUE COPY:

s/Marilyn Orem
_____
Court Clerk

2